UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO MJ 21- 271 |
| | ) | |
| Plaintiff, | ) | (D. ID CR20-125 BLW) |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| KERMIT KELLIN FAGLIER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community, or that defendant will make his future court appearances as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has been charged in the District of Idaho with unlawful possession of a firearm, access device fraud, and possession of counterfeit currency with

DETENTION ORDER
PAGE -1

01    intent to defraud.  He was released on bond by that court, and has been on

02    pretrial supervision in the Western District of Washington.

03    (2)    The Pretrial Services Officer reports that defendant has essentially absconded

04    from supervision, He has not reported as required.  When the officer tried to

05    locate him at his residence, he found it vacated.  Defendant had reported no

06    change of residence.

07    (3)    Defendant has a lengthy criminal record, including failures to appear in prior

08    cases.

09    (4)    There are new charges pending against him in Bellevue Washington arising

10    from his arrest on the warrant in this case.  Those new charges include firearm

11    possession, identity theft, controlled substance, and possession of stolen

12    property.

13    (5)    At his initial appearance in this court on the District of Idaho warrant,

14    defendant did not oppose the entry of an order of detention.

15

16    It is therefore ORDERED:

17

18    1.  Defendant shall be detained pending trial and committed to the custody of the

19    Attorney General for confinement in a correction facility separate, to the extent

20    practicable, from persons awaiting or serving sentences or being held in custody

21    pending appeal;

22    2.  Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

01    counsel;

02    3.  On order of the United States or on request of an attorney for the Government, the

03        person in charge of the corrections facility in which defendant is confined shall deliver

04        the defendant to a United States Marshal for the purpose of an appearance in

05        connection with a court proceeding; and

06    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

07        for the defendant, to the United States Marshal, and to the United States Pretrial

08        Services Officer.

09    DATED this 12th day of May, 2021.

10

11                                John L. Weinberg
                                  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3